```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00275-HWV
Charles W. McClanahan, Jr.                                          Chapter 7
Christine R. McClanahan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1           User: admin              Page 1 of 1         Date Rcvd: Apr 29, 2019
                               Form ID: 318             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
```
db/jdb        +Charles W. McClanahan, Jr.,   Christine R. McClanahan,   6180 Burning Tree Lane,
                Fayetteville, PA 17222-9272
5153512       +BJs,   PO Box 659834,   San Antonio, TX 78265-9134
5153514        Citi Cards,   PO Box 70166,   Philadelphia, PA 19176-0166
5153513       +Citi Cards,   PO Box 9001037,   Louisville, KY 40290-1037
5153515        Discover,   PO Box 742655,   Cincinnati, OH 45274-2655
5153516       +F&M Trust,   20 South Main Street,   Chambersburg, PA 17201-2202
5153517       +Federal Loan Servicing,   PO Box 69184,   Harrisburg, PA 17106-9184
5153520       +Kathryn Mason, Esquire,   JSDC Law Office,   11 East Chocolate Avenue,   Hershey, PA 17033-1320
5153521       +Midwest Mortgage,   PO Box 268806,   Oklahoma City, OK 73126-8806
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5153511       +EDI: AMEREXPR.COM Apr 29 2019 23:19:00      American Express,   PO Box 1270,
                Newark, NJ 07101-1270
5153518       +EDI: WFNNB.COM Apr 29 2019 23:19:00      HSN,   PO Box 659707,   San Antonio, TX 78265-9707
5153519        EDI: IRS.COM Apr 29 2019 23:19:00      Internal Revenue Service,
                Centralized Insolvency Operations,   P.O. Box 7346,   Philadelphia, PA 19101-7346
5153522        EDI: RMSC.COM Apr 29 2019 23:19:00      Old Navy,   PO Box 981400,   El Paso, TX 79998-1400
5153928       +EDI: PRA.COM Apr 29 2019 23:18:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
5153523       +E-mail/Text: bankruptcy@patriotfcu.org Apr 29 2019 19:38:30      Patriot Federal Credit Union,
                800 Wayne Avenue,   Chambersburg, PA 17201-3810
5154532       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2019 19:38:20
                Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
5153524       +EDI: WFNNB.COM Apr 29 2019 23:19:00      Victoria's Secret,   PO Box 659728,
                San Antonio, TX 78265-9728
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
```
              Aaron John Neuharth    on behalf of Debtor 1 Charles W. McClanahan, Jr. aneuharth@neuharthlaw.com,
                smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Christine R. McClanahan aneuharth@neuharthlaw.com,
                smartin@neuharthlaw.com
              James Warmbrodt     on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Charles W. McClanahan Jr.** | Social Security number or ITIN | xxx–xx–5328 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Christine R. McClanahan** | Social Security number or ITIN | xxx–xx–0949 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | | |
| Case number:   **1:19–bk–00275–HWV** | | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles W. McClanahan Jr.
fdba Stride Home Inspections, fdba Genesis Home Improvements

Christine R. McClanahan

**By the court:**

*/s/ Henry W. Van Eck*

4/29/19

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| | | |
|---|---|---|
| Official Form 318 | **Order of Discharge** | page 1 |

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**