```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-00275-HWV
Charles W. McClanahan, Jr.                                          Chapter 7
Christine R. McClanahan
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: KADavis              Page 1 of 1            Date Rcvd: Jun 14, 2019
                             Form ID: fnldec            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
db/jdb      +Charles W. McClanahan, Jr.,    Christine R. McClanahan,    6180 Burning Tree Lane,
             Fayetteville, PA 17222-9272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 1 Charles W. McClanahan, Jr. aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Christine R. McClanahan aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              James Warmbrodt     on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles W. McClanahan Jr., fdba Stride Home Inspections, fdba Genesis Home Improvements, | Chapter 7 |
| **Debtor 1** | Case No. 1:19−bk−00275−HWV |
| Christine R. McClanahan, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−5328    xxx−xx−0949

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John P Neblett (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 14, 2019                    By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

**fnldec** (05/18)